

**Proskauer»** Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

*[Stamp: NOV 05 2012]*

Anthony S. Cacace
Attorney at Law
d 212.969.3307
f 212.969.2900
acacace@proskauer.com
www.proskauer.com

October 24, 2012

**_By Facsimile – 212.805.6737_**

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:   *Jacobowitz v. Columbia University In the City of New York*
             S.D.N.Y. Docket No. 12-CV-5652

Dear Judge Daniels:

We represent the defendant, Columbia University, in the above-referenced action. We, along with counsel for the Plaintiff, write to respectfully request that the initial pretrial conference scheduled for November 13, 2012 be adjourned for at least thirty (30) days so that the parties can continue to work towards settling the action. The parties are hopeful that continued negotiations will result in such a settlement.

Because the parties are currently negotiating a settlement, Defendant requests that the deadline for it to answer or otherwise respond to the complaint be extended from October 31, 2012, through and including November 30, 2012. This is Defendant's second request for an extension of time to answer and Plaintiff's counsel consents to this request.

Accordingly, enclosed is a stipulation and proposed order extending the Defendant's time to answer or otherwise respond to the complaint and adjourning the initial pretrial conference to a date in December that is convenient for the Court.

The parties are happy to answer any inquiries the Court may have.

Respectfully,

*[signature]*

Anthony S. Cacace

Enclosure

cc     Richard Meisner, Esq. - Counsel for Plaintiff (by Email w/ enclosure)