UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

MAXINE JACOBOWITZ,  :  Civil Case No. 12-5652 (GBD)

        Plaintiff,  :

-against-  :

COLUMBIA UNIVERSITY IN THE CITY OF  :
NEW YORK, as plan administrator of the
Columbia University in the City of New York's  :
Insurance Plan,
          :
        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - x

**SO ORDERED**
The conference is scheduled for December 19, 2012 at 9:30 a.m.
*/s/ George B. Daniels*

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that Defendant Columbia University's time to answer or otherwise respond to the Complaint is extended from October 31, 2012 to and including November 30, 2012.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that the initial pretrial conference scheduled for November 13, 2012 at 9:30 a.m. is adjourned until a date in December 2012 that is convenient for the Court.

| PROSKAUER ROSE LLP | BERMAN, SAUTER, RECORD & JARDIM, P.C. |
|---|---|
| By: _____ <br> Anthony S. Cacace <br> Eleven Times Square <br> New York, New York 10036-8299 <br> Phone: (212) 969-3307 <br> Fax:    (212) 969-2900 <br> acacace@proskauer.com <br> *Attorneys for Defendant* | By: _____ <br> Richard S. Meisner <br> P.O. Box 2249 <br> Morristown, New Jersey 07962 <br> Phone: (973) 267-9600 <br> Fax:    (973) 984-1632 <br> rmeisner@bsrjlaw.com <br> *Attorneys for Plaintiff* |

So Ordered: _George B. Daniels_    NOV 05 2012
United States District Court Judge
HON. GEORGE B. DANIELS