UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MAXINE JACOBOWITZ,                    :    Civil Case No. 12-5652 (GBD)

         Plaintiff,           :

-against-                             :

COLUMBIA UNIVERSITY IN THE CITY OF    :
NEW YORK, as plan administrator of the
Columbia University in the City of New York's   :
Insurance Plan,
                                      :
         Defendant.
------------------------------------- x

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that Defendant Columbia University's time to answer or otherwise respond to the Complaint is extended from November 30, 2012 to and including January 29, 2013.

[THIS SPACE IS INTENTIONALLY LEFT BLANK]

IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that the initial pretrial conference scheduled for December 19, 2012 at 9:30 a.m. is adjourned until a date in February 2013 that is convenient for the Court.

| **PROSKAUER ROSE LLP** | **JARDIM, MEISNER & SUSSER, P.C.** |
|---|---|
| By: _____ | By: _____ |
| Anthony S. Cacace | Richard S. Meisner |
| Eleven Times Square | 30B Vreeland Road, Suite 201 |
| New York, New York 10036-8299 | Florham Park, New Jersey 07932 |
| Phone: (212) 969-3307 | Phone: (973) 845-7640 |
| Fax: (212) 969-2900 | rich@jmslawyers.com |
| acacace@proskauer.com | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |

NOV 3 0 2012

So Ordered: _____
United States District Court Judge